02-12-237-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00237-CR

 

 


 
 
 Douglas Dwayne Shirley
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 297th
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

Pursuant
to a plea bargain, Appellant Douglas Dwayne Shirley signed a judicial
confession and pled guilty to theft of property under $1,500 and two prior
convictions, a state jail felony,[2] and the trial court
convicted him of that offense and sentenced him to six months’ confinement.[3]  Appellant filed a
timely notice of appeal.

The
trial court’s certification states that this is a plea-bargained case and that
Appellant has no right of appeal.  Accordingly, we informed Appellant by letter
on May 29, 2012, that this case was subject to dismissal unless he or any party
showed grounds for continuing the appeal on or before Friday, June 8, 2012.[4]  We have received
no response.

We therefore
dismiss this appeal.[5]

 

PER
CURIAM

PANEL: 
DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: 
June 28, 2012









[1]See Tex. R. App. P. 47.4.





[2]See Tex. Penal Code
Ann. § 31.03(a)–(b), (e)(4)(D) (West Supp. 2011).





[3]See id. §
12.35(a)–(b) (providing range of confinement for state jail felony is 180 days
to two years’).





[4]See Tex. R. App. P.
25.2(a)(2), 25.2(d).





[5]See Tex. R. App. P.
25.2(d), 43.2(f).